**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000406
31-DEC-2019
08:00 AM**

NO. CAAP-19-0000406

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RSM INC., Plaintiff-Appellee, v.
WILLIAM MIDDLETON AND TATIANA MIDDLETON,
Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(NORTH AND SOUTH HILO DIVISION)
(CASE NO. 3RC 17-1-000320)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Fujise, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the December 23, 2019 Motion for Reconsideration of the December 9, 2019 order granting in part a fifth extension for the opening brief, filed by Defendants-Appellants William Middleton and Tatiana Middleton, the papers in support, and the record, it appears that the court did not overlook or misapprehend any point of law or fact when it entered the December 9, 2019 order.

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, December 31, 2019.

Presiding Judge

Associate Judge

Associate Judge